

FILED
IN OPEN COURT

DEC 1 2009

CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

THOMAS C. RIDLEY,

          **Plaintiff,**

-vs-                      **Case No.  6:08-cv-749-Orl-28GJK**

SEARS HOME IMPROVEMENT
PRODUCTS, INC.,

          **Defendant.**

---

# VERDICT

Do you find from a preponderance of the evidence:

    1.    That a material adverse employment action as defined in the jury instructions occurred?

        Answer:    Yes_____  or  No _X___

Note:  If your answer to Question 1 is "Yes," please proceed to answer Question 2.  If your answer to Question 1 is "No," your verdict is for the Defendant on this issue, and you should now sign the verdict form and notify the Court that you have reached a verdict.

    2.    That there is a causal connection between Plaintiff's statutorily protected activity and the challenged action?

        Answer:    Yes_____  or  No_____

Note:  If your answer to Question 2 is "Yes," please proceed to answer Question 3.  If your answer to Question 2 is "No," your verdict is for the Defendant on this issue, and you should now sign the verdict form and notify the Court that you have reached a verdict.

3.    That Plaintiff has suffered emotional pain, suffering, mental anguish, loss of enjoyment of life, and other pecuniary losses as a result of the action he complains of as to retaliation?

Answer:    Yes_____    or    No_____

Note: If your answer to Question 3 is "Yes," please proceed to answer Question 4. If your answer to Question 3 is "No," please proceed to answer Question 5.

4.    What is the total amount of compensatory damage, if any, for emotional pain, suffering, inconvenience, mental anguish, and loss of enjoyment of life that Plaintiff is due for retaliation?

Amount: $_____

5.    That a higher management official of Defendant acted with malice or reckless indifference to Plaintiff's federally protected rights in connection with the challenged employment actions?

Answer:    Yes_____    or    No_____

6.    That Defendant company itself did not act in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such retaliation in the workplace?

Answer:    Yes_____    or    No_____

Note: If your answer to both Questions 5 and 6 are "Yes," please proceed to answer Question 7. If your answer to either Question 5 or 6 is "No," please proceed to answer Question 8.

7.     What amount of punitive damages, if any, should be assessed against Defendant?

Amount: $_____

8.     Should Plaintiff's damages, if any, be reduced because of his failure to reduce or minimize his damages?

Answer:     Yes_____   or     No_____

If you answered your Answer to Question 8 is "Yes," by what amount should Plaintiff's damages be reduced?

Amount: $_____


SO SAY WE ALL.

_____
Foreperson

DATED: _11 Dec 09_____