**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**THOMAS C. RIDLEY,**

        **Plaintiff,**

**-vs-**                                           **Case No. 6:08-cv-749-Orl-28GJK**

**SEARS HOME IMPROVEMENT PRODUCTS, INC.,**

        **Defendant.**
_____

## ORDER

This case is before the Court on Defendant, Sears Home Improvement Product, Inc.'s Motion to Tax Costs (Doc. No. 74) filed December 28, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed March 11, 2010 (Doc. No. 86) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Defendant, Sears Home Improvement Product, Inc.'s Motion to Tax Costs (Doc. No. 74) is **GRANTED in part** and **DENIED in part.**

3. Defendant is awarded costs in the amount of $8,224.24, to be taxed against Plaintiff.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___1st___ day of April, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge